976

No. 1111, Misc.   GENCO v. GENCO.   Supreme Court of Ohio.   Certiorari denied.

No. 1113, Misc.   HARDEN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *William W. Henderson, Jr.* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 1115, Misc.   THOMAS v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 1116, Misc.   BRYANT v. NEW YORK.   Appellate Division, Supreme Court of New York, Second Judicial Department.   Certiorari denied.

No. 1107, Misc.   WATSON v. NEW YORK.   Appellate Division, Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 814, Misc.   HERNANDEZ v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Henry Rothblatt* for petitioner.   *Isidore Dollinger* and *Walter E. Dillon* for respondent.

No. 1136, Misc.   GREENE v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.   Supreme Court of Michigan. Certiorari denied.

No. 1158, Misc.   DEFINO v. McNAMARA, SECRETARY OF DEFENSE, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin* for respondents.